# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRODERICK ARMON BRADLEY**                                                         **PLAINTIFF**
**#258492**

V.                          NO. 4:22-cv-00953-BRW

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY and**
**DOE**                                                            **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of November, 2022.

                                                                               _____BILLY ROY WILSON_____
                                                                               UNITED STATES DISTRICT JUDGE